UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated, | Case No.: 1:22-cv-05117-JPC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| KAS PET, LLC, | |
| Defendant. | |

---------------------------------------------------------------x

Plaintiff Ramon Fontanez ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant KAS Pet, LLC ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED:  August 4, 2022          **MIZRAHI KROUB LLP**

                                /s/ Edward Y. Kroub
                                EDWARD Y. KROUB

- 2 -

      EDWARD Y. KROUB
      JARRETT S. CHARO
      WILLIAM J. DOWNES
      200 Vesey Street, 24th Floor
      New York, NY 10281
      Telephone: 212/595-6200
      212/595-9700 (fax)
      ekroub@mizrahikroub.com
      jcharo@mizrahikroub.com
      wdownes@mizrahikroub.com

*Attorneys for Plaintiff*