UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

KAS PET, LLC

                Defendant.

---------------------------------------- x

Case No.: 1:22-cv-05117-JPC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Ramon Fontanez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant KAS Pet, LLC

DATED:  August 22, 2022        **MIZRAHI KROUB LLP**

                                           /s/ Edward Y. Kroub
                                           EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*